IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARINA MONTES AND LIDIA ELIZABETH GARCIA | § § § | |
| *Plaintiffs,* | § § | |
| vs. | § § | Civil Action No.: 3:21-cv-229 |
| MICHAEL JAY MATLOCK AND QUALITY CARRIERS INC. | § § § § | |
| *Defendants.* | § | |

## **DEFENDANT QUALITY CARRIERS, INC.'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF THIS COURT:

Defendant, Quality Carriers, Inc. files this Notice of Removal, pursuant to 28 U.S.C. §§ 1441 and 1446, removing this dispute to the United States District Court for the Southern District of Texas, Galveston Division.

### PENDING STATE SUIT

1. On July 29, 2021, Plaintiffs, Marina Montes and Lidia Elizabeth Garcia commenced an action in the 122nd Judicial District Court of Galveston County, Texas, captioned Cause No. 21-CV-1134; *Marina Montes and Lidia Elizabeth Garcia v. Michael J. Matlock and Quality Carries, Inc.*, in which Plaintiffs seek damages allegedly resulting from a motor vehicle collision that occurred on or about March 21, 2020, in Galveston County, Texas. *See* Plaintiffs' Original Petition at ¶ 9, Ex. A.

### GROUNDS FOR REMOVAL

2. The state court action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action wherein the matter in controversy exceeds the sum

or value of $75,000, exclusive of interest and costs, and diversity of citizenship exists between the properly joined parties.

### A. Amount In Controversy Exceeds $75,000

3. Under 28 U.S.C. §1446(c)(2), if removal is sought on the basis of the jurisdiction conferred by 28 U.S.C. §1332, the sum demanded in good faith in the initial pleadings shall be deemed to be the amount in controversy. *See* 28 U.S.C. §1446(c)(2). In their Original Petition, Plaintiffs claim that they suffered injuries as a result of the alleged collision. *See* Plaintiffs' Original Petition at ¶ 10, Ex. A. Plaintiffs seek to recover damages for past and future: reasonable medical care and expenses; physical pain and suffering; physical impairment; loss of earnings and loss of earning capacity; disfigurement; property damage; and mental anguish. *Id.* at ¶ 16.

4. Additionally, Plaintiffs specifically plead that they seek "only monetary relief of $200,000 and not less than $1,000,000.00 or less." *Id.* Therefore, Plaintiffs clearly believe their damages are more than $75,000.

### B. Diversity of Citizenship

5. Plaintiffs reside in Texas. *See* Plaintiffs' Original Petition at ¶ 2.

6. Defendant, Michael Jay Matlock is a citizen of the State of Louisiana.

7. Plaintiffs are partially correct in that Defendant, Quality Carriers, Inc. is a foreign company, but it is not a limited liability company. *See* Plaintiffs' Original Petition at ¶ 4. In actuality, Quality Carriers, Inc. is a corporation existing under the laws of the State of Illinois with its principal place of business in the State of Florida, and that information is a matter of public record and is easily accessible by anyone.

## PROCEDURAL REQUIREMENTS FOR REMOVAL

8. Upon filing of this Notice of Removal of the cause, Defendant gave written notice of the filing to Plaintiff and his counsel as required by law. A copy of this Notice is also being filed with the Clerk of the Court in Chambers County, Texas, where this cause was originally filed. A copy of all processes, pleadings, and orders has been filed separately with this Court pursuant to 28 U.S.C. § 1446(a). This removal is timely filed within 30 days of Plaintiffs' lawsuit being served upon Defendant, Quality Carriers, Inc. Michael Jay Matlock agrees with this removal.

## STATE COURT DOCUMENTS

9. The following documents are attached to this Notice of Removal:

   Exhibit "A"   Plaintiffs' Original Petition

   Exhibit "B"   An index of matters being filed.

           B-1 Copy of the state court Docket Sheet/Record.

           B-2 Copy of process.[1]

           B-3 A list of all counsel of record, addresses, telephone numbers, and parties.

           B-4 Civil Cover Sheet.

## TIMING OF REMOVAL

10. Defendant, Quality Carriers, Inc. was served with Plaintiffs' Original Petition on or about August 5, 2021.

11. This Notice of Removal is being filed within 30 days of service of the Plaintiffs' Original Petition and is timely filed under 28 U.S.C. § 1446(b).

---

[1] A file-stamped copy showing Proof of Service was not available at the time this removal was filed.

## VENUE

12. This is a statutorily proper venue under the provisions of 28 U.S.C. § 1441(a) because this district and division embrace the county where the removed action was pending.

## JURY DEMAND

13. Defendant hereby requests a trial by jury pursuant to FED. R. CIV. P. 38.

## PRAYER

14. Defendant has established that the amount in controversy exceeds $75,000.00. Additionally, Defendant has established that diversity of citizenship exists between the parties in this case. For these reasons, and in conformity with 28 U.S.C. § 1446, Defendant respectfully removes the civil action captioned Cause No. 21-CV-1134; *Marina Montes and Lidia Elizabeth Garcia v. Michael J. Matlock and Quality Carries, Inc.*, in the 122nd Judicial District Court of Galveston County, Texas. Defendant prays for such other and further relief, both general and special, at law and in equity, to which it may be justly entitled.

Respectfully submitted,

*/s/ Les Pickett*
Les Pickett
  State Bar No. 15980520
  Federal I.D. No. 14306
  lpickett@gallowaylawfirm.com
Andrew S. Krone
  State Bar No. 24086872
  Federal I.D. No. 2590236
  akrone@gallowaylawfirm.com

OF COUNSEL:
GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH
1301 McKinney, Suite 1400
Houston, Texas 77010
(713) 599-0700 – Telephone
(713) 599-0777 – Facsimile
**ATTORNEYS FOR DEFENDANT,
QUALITY CARRIERS, INC.**

## **CERTIFICATE OF SERVICE**

     I certify that a true and correct copy of the foregoing has been forwarded to all counsel of record via Electronic Court Filing on this 30th day of August 2021.

                                        */s/ Andrew S. Krone*
                                        Les Pickett
                                        Andrew S. Krone